IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK GLENNON,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON JOHNSON, *in his official capacity as Mayor of Chicago*; MELISSA CONYEARS-ERVIN, *in her official capacity as Chicago City Treasurer*; CITY OF CHICAGO; CHARLES SCHMADEKE, SEAN BRANNON, STEPHAN FERRARA, and DIONNE HAYDEN, *in their official capacity as Chairman and Members of the Illinois Gaming Board*; BALLY'S CHICAGO INC.; BALLY'S CHICAGO OPERATING COMPANY, LLC; and BALLY'S CORPORATION,<br><br>    Defendants. | Case No. 1:25-cv-1057<br><br>Hon. Franklin U. Valderrama |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Mark Glennon and Defendants Brandon Johnson, Melissa Conyears-Ervin, City of Chicago, Charles Schmadeke, Sean Brannon, Stephan Ferrara, Dionne Hayden, Bally's Chicago, Inc., Bally's Chicago Operating Company, LLC, and Bally's Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of Plaintiff's claims in this matter are hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Pursuant to Rule 41(a)(1)(A), this dismissal shall be effective without a court order.

| | |
|---|---|
| Dated: April 30, 2025 | Respectfully submitted, |

By: */s/* Reilly Stephens

**Liberty Justice Center**
Reilly Stephens
Bridget Conlan
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400

*Counsel for Plaintiff Mark Glennon*

By: */s/* Patricia Brown Holmes

**RILEY SAFER HOLMES & CANCILA LLP**
Ronald S. Safer
Patricia Brown Holmes
Thomas B. Quinn
Abigail L. Peluso
Lucas Thor Rael
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Tel:   (312) 471-8700
Fax:   (312) 471-8700

*Counsel for Defendant Bally's Chicago Inc., Bally's Chicago Operating Company, LLC, and Bally's Corporation.*

By: */s/* Ellen W. McLaughlin
**City of Chicago Department of Law**
Ellen W. McLaughlin
John Casey
Constitutional and Commercial Litigation Division
2 North LaSalle St., Suite 520
Chicago, Illinois 60602
(312) 742-5147

*Counsel for Defendants City of Chicago, Brandon Johnson, and Melissa Conyears-Ervin*

By: */s/* Margaret Jones
**Office of the Illinois Attorney General**
Margaret Jones
Lee Stark
Assistant Attorneys General
115 S. LaSalle St., 27th Fl.
Chicago, IL 60603
(872) 272-0772
Margaret.jones@ilag.gov
Lee.stark@ilag.gov

*Counsel for Defendants Illinois Gaming Board*